

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00282-CV

In the Matter of the Marriage of Chad Cohrs and Carla Cohrs

On Appeal from the
170th District Court of McLennan County, Texas
Trial Court Cause No. 2018-2102-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

December 2, 2021